

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2020

No. 04-19-00879-CV

**CITY OF LEON VALLEY**,
Appellant

v.

Benny **MARTINEZ**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08343
Honorable Peter Sakai, Judge Presiding[1]

### ORDER

In accordance with this court's opinion of this date, we REVERSE the trial court's order and dismiss Appellee's suit for want of jurisdiction. Appellee's motion for expedited consideration of this appeal is MOOT. We tax costs of court for this appeal against Benny Martinez.

It is so **ORDERED** on August 19, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] The Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, signed the order being appealed. The Honorable Rosie Alvarado is the presiding judge of the 438th Judicial District Court.